WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff,*
*HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP5, ASSET BACKED PASS-THROUGH CERTIFICATES, <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN DONEL; MICHAEL ESLAMBOLI; SUNDANCE HOMEOWNERS ASSOCIATION, INC., <br><br> Defendants. | Case No.: 2:17-cv-01144-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |

**STIPULATION**

1. On August 7, 2017, Plaintiff HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates ("HSBC") filed its Motion for Summary Judgment [ECF No. 25].

2. On August 22, 2017, Sundance Homeowners Association, Inc. filed its Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 28]. HSBC's Reply to HOA's Response is currently due September 5, 2017.

3. On August 22, 2017, HOA also filed its Countermotion for Summary Judgment [ECF No. 29]. HSBC's Response to HOA's Countermotion is currently due September 12, 2017.

4. HOA and HSBC agree that due to the interconnected issues raised in HOA's Response and Countermotion, and in the interest of judicial economy, HSBC may have up to and including September 12, 2017 to file its Reply to HOA's Response [ECF No. 28].

5. The deadline for Plaintiff to file a Reply in Support of its Motion for Summary Judgment is September 5, 2017.

///

///

///

6. This is the parties' first request for an extension, and is not intended to cause any delay or prejudice. Trial has not been set in this case.

IT IS SO STIPULATED.

| WRIGHT, FINLAY & ZAK, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| /s/ Yanxiong Li, Esq.<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff,*<br>*HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates* | /s/ David T. Ochoa, Esq.<br><br>David T. Ochoa, Esq.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorney for Defendant, Sundance Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of August, 2017.