WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff,*
*HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP5, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN DONEL; MICHAEL ESLAMBOLI; SUNDANCE HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01144-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE HSBC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [SECOND REQUEST]**<br><br>**AND**<br><br>**HSBC'S OPPOSITION TO SUNDANCE'S COUNTERMOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |

## **STIPULATION**

1. On August 7, 2017, Plaintiff HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates ("HSBC") filed its Motion for Summary Judgment [ECF No. 25].

1  2. On August 22, 2017, Sundance Homeowners Association, Inc. ("HOA") filed its
2  Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 28] and Countermotion for
3  Summary Judgment [ECF No. 29].
4  3. This Court previously granted a stipulated extension for HSBC to file its Reply in
5  response to HOA's Opposition on the same day that HSBC's Opposition to HOA's
6  Countermotion is due – September 12, 2017 [ECF No. 31].
7  4. Due to unforeseen circumstances regarding counsel's foreign travels,[1] HOA and
8  HSBC agree that HSBC may have up to and including **September 18, 2017** to file its Reply in
9  response to HOA's Opposition and Opposition to HOA's Countermotion.
10 ///
11 ///
12 ///

---

[1] *See* September 12, 2017 Emails attached hereto as Exhibit 1.

5. This is the parties' second request for an extension with regard to HSBC's Reply in response to HOA's Opposition and first request for an extension with regard to HSBC's Opposition to HOA's Countermotion for Summary Judgment. This request is not intended to cause any delay or prejudice to any party to this action. Trial has not been set in this case.

IT IS SO STIPULATED.

| WRIGHT, FINLAY & ZAK, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| /s/ Yanxiong Li, Esq.<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff,*<br>*HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates* | /s/ David T. Ochoa, Esq.<br>David T. Ochoa, Esq.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorney for Defendant, Sundance Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this September 14, 2017.

# Exhibit 1

# Exhibit 1

# Exhibit 1

# Kelli Wightman

| | |
|---|---|
| **From:** | David Ochoa <DOchoa@lipsonneilson.com> |
| **Sent:** | Tuesday, September 12, 2017 12:23 PM |
| **To:** | Michael YanXiong Li |
| **Cc:** | Kelli Wightman; Ashley Scott-Johnson |
| **Subject:** | RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521 |

You may e-sign on my behalf.

David

---

**From:** Michael YanXiong Li [mailto:yli@wrightlegal.net]
**Sent:** Tuesday, September 12, 2017 12:03 PM
**To:** David Ochoa <DOchoa@lipsonneilson.com>
**Cc:** Kelli Wightman <kwightman@wrightlegal.net>; Ashley Scott-Johnson <AScott-Johnson@lipsonneilson.com>
**Subject:** RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521

Thank you for your understanding and professional courtesy. Please find stip attached. I will include my explanation below as an Exhibit to the Stip.

Please let me know if you have any suggested changes. Otherwise, please approve us to file with your e-sig.

**Yanxiong (Michael) Li, Esq.**
Attorney



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 637-2235 Direct
(702) 946-1345 Fax
(702) 475-7964 Main Ext. 7041
yli@wrightlegal.net
**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, and New Mexico**



PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** David Ochoa [mailto:DOchoa@lipsonneilson.com]
**Sent:** Tuesday, September 12, 2017 11:24 AM
**To:** Michael YanXiong Li
**Cc:** Ashley Scott-Johnson
**Subject:** RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521

Michael,

    That sounds terrible.  Yes you may have the extension.  If you want until next week so that you have the extra time over the weekend just in case, I would be fine with that also.  I'll keep an eye out for your stip.

David

**From:** Michael YanXiong Li [mailto:yli@wrightlegal.net]
**Sent:** Tuesday, September 12, 2017 10:54 AM
**To:** David Ochoa <DOchoa@lipsonneilson.com>
**Subject:** RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521
**Importance:** High

David,

**I am writing to request an additional 3 days- up to/including 9/15- to file our Reply and Opp**. My original return from Germany (9/2) was delayed due to my passport being stolen on 9/1. Since the U.S. Embassy did not open for me to obtain a temporary passport until 9/5, I caught a flight and returned to the states around midnight of 9/6. I have been busy catching up with work and just need a little more time to finalize the response and obtain the necessary authority to file same.

Thank you for your understanding. Please let me know if this is acceptable and I will circulate a renewed stip.

**Yanxiong (Michael) Li, Esq.**
Attorney



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 637-2235 Direct
(702) 946-1345 Fax
(702) 475-7964 Main Ext. 7041
yli@wrightlegal.net
**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, and New Mexico**



PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** David Ochoa [mailto:DOchoa@lipsonneilson.com]
**Sent:** Thursday, August 24, 2017 2:16 PM
**To:** Michael YanXiong Li
**Cc:** Kelli Wightman
**Subject:** RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521

Michael,

    You may e-sign on my behalf.

David

**From:** Michael YanXiong Li [mailto:yli@wrightlegal.net]
**Sent:** Thursday, August 24, 2017 2:13 PM
**To:** David Ochoa <DOchoa@lipsonneilson.com>
**Cc:** Kelli Wightman <kwightman@wrightlegal.net>
**Subject:** RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521

Thank you for your professional courtesy. Attached is the proposed stip. Please confirm our authority to file with your e-sig.

**Yanxiong (Michael) Li, Esq.**
Attorney



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 637-2235 Direct
(702) 946-1345 Fax
(702) 475-7964 Main Ext. 7041
yli@wrightlegal.net

**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, and New Mexico**



PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the

intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.

**From:** David Ochoa [mailto:DOchoa@lipsonneilson.com]
**Sent:** Thursday, August 24, 2017 9:17 AM
**To:** Michael YanXiong Li
**Cc:** Kelli Wightman
**Subject:** RE: Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521

Hi Michael,
    Yes, I will agree to the extension.

David



**David Ochoa, Esq.**
**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
**9900 Covington Cross Drive, Suite 120**
**Las Vegas, Nevada  89144**
**702-382-1500**
**702-382-1512 (fax)**
**E-Mail: dochoa@lipsonneilson.com**
**Website:  www.lipsonneilson.com**

**OFFICES IN NEVADA, MICHIGAN & ARIZONA**
*************************************************************************
CONFIDENTIALITY NOTICE
This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Michael YanXiong Li [mailto:yli@wrightlegal.net]
**Sent:** Wednesday, August 23, 2017 6:58 PM
**To:** David Ochoa <DOchoa@lipsonneilson.com>
**Cc:** Kelli Wightman <kwightman@wrightlegal.net>
**Subject:** Prop: 1444 Santa Anita Drive Unit B / Case 17-cv-01144 / 614-2015521

Greetings David,

Thank you foremost for entertaining this request for extension to file our Reply iso MSJ from its current deadline of 9/5/17 to 9/12/17, when our Resp to your client's Countermot for MSJ is due.  Aside from my previously arranged PTO during which I will have limited access to internet connection, I think a combined Reply / Resp is more appropriate given

the shared issues, and will be more judicially economical. Please confirm and I will circulate a SAO to extend for your approval to file.

Thank you again.

Please note that I will be out of the office from 12 p.m. on August 25 until September 3, 2017. If you require emergency assistance, please contact my assistant Kelli Wightman at kwightman@wrightlegal.net.

**Yanxiong (Michael) Li, Esq.**
Attorney



7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 637-2235 Direct
(702) 946-1345 Fax
(702) 475-7964 Main Ext. 7041
yli@wrightlegal.net
**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah, and New Mexico**



PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank You.